UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAR WALKER,

    Plaintiff,

v.

KELLY HARDENBERG, et al.,

    Defendants.

_____/

Case No. 1:24-cv-726

HON. JANE M. BECKERING

## ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendants Fleisher, Copeland, Blair, and Lott filed a Motion for Summary Judgment on the ground that Plaintiff failed to exhaust her administrative remedies (ECF No. 22). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 28) on September 2, 2025, recommending that this Court grant in part and deny in part the motion. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 28) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 22) is GRANTED IN PART AND DENIED IN PART. Specifically, the motion is granted as to Plaintiff's Eighth Amendment failure to protect claim against Defendant Fleisher and as to Plaintiff's retaliatory misconduct claim against Defendant Lott. These claims are DISMISSED without prejudice. The motion is denied as to Plaintiff's mail withholding claim against Defendants Copeland, Blair, and Lott. Defendant Fleisher is TERMINATED from this action.

The case proceeds as to Plaintiff's remaining First Amendment retaliation claims against Defendants Hardenberg, Gager, Nesbitt, Spohn, Copeland, Blair, and Lott; Eighth Amendment failure to protect claims against Defendants Hardenberg and Nesbitt; Eighth Amendment conditions of confinement claim against Defendant Spohn regarding lack of shoes during segregation yard time on January 20, 2023; Fourteenth Amendment privacy interest claim against Defendant Hardenberg as it pertains to other prisoners; and state-law negligence claim against Defendant Nesbitt.

Dated: September 30, 2025                                /s/ Jane M. Beckering
                                                         JANE M. BECKERING
                                                         United States District Judge