UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAR WALKER,

     Plaintiff,

                                   Case No. 1:24-cv-726

v.

                                   HON. JANE M. BECKERING

KELLY HARDENBERG, et al.,

     Defendants.

_____/

## **ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 27, 2026 (ECF No. 35), recommending that this action be dismissed with prejudice for Plaintiff's failure to prosecute.  The Report and Recommendation was duly served on the remaining parties.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 35) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this action is DISMISSED with prejudice for Plaintiff's failure to prosecute.

---

[1] Service of the Report and Recommendation on Plaintiff was returned, marked "return to sender," "not deliverable as addressed," "unable to forward," and "paroled/discharged" (ECF No. 40).  On the same day the returned mail was received, the Court issued an Order (ECF No. 38) directing the Clerk of Court to serve a copy of the Report and Recommendation (ECF No. 35) on Plaintiff at his new address and extending the deadline for Plaintiff to file any objections.

**IT IS FURTHER ORDERED** that the pending motions (ECF Nos. 32 & 37) are dismissed as moot.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: March 20, 2026                  /s/ Jane M. Beckering
                                       JANE M. BECKERING
                                       United States District Judge